# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  November 12, 2015                    520388
_____

THE PEOPLE OF THE STATE OF NEW
   YORK ex rel. KHALIYQ
   SELLERS,
                    Appellant,

        v                                    MEMORANDUM AND ORDER

TIM SHEEHAN, as Superintendent
   of Washington Correctional
   Facility,
                    Respondent.
_____

Calendar Date:   September 22, 2015

Before:  Lahtinen, J.P., McCarthy, Lynch and Devine, JJ.

                    _____


        Khaliyq Sellers, Beacon, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Kate H.
Nepveu of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (McKeighan,
J.), entered September 24, 2014 in Washington County, which
denied petitioner's application for a writ of habeas corpus, in a
proceeding pursuant to CPLR article 70, without a hearing.

        Judgment affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Lynch and Devine, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court